B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Oklahoma

In re GARY CARL BENSON,            Case No. 15-10262
     PAMELA STACEY BENSON

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments II Trust | Bayview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Court Claim # (if known): 10
Amount of Claim: $128,014.59
Date Claim Filed: 09/03/2015

Phone: 800-603-0836
Last Four Digits of Acct #: 3884

Phone: 800-457-5105
Last Four Digits of Acct. #: 6448

Name and Address where transferee payments should be sent (if different from above):
323 5th Street
Eureka, CA 95501

Phone:
Last Four Digits of Acct #: 3884

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: s/ Jim Timberlake            Date: 01/18/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.