B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Oklahoma

In re  Gary Carl Benson
       Pamela Stacey Benson             ,                Case No. 15-10262

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust | U.S. Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments II Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800-603-0836
Last Four Digits of Acct #:  3884

Court Claim # (if known):  10-1
Amount of Claim:  $128,014.59
Date Claim Filed:  09/03/2015

Phone:  800-603-0836
Last Four Digits of Acct. #:  3884

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 03/07/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[FILED MAR 11 2019 — DOUGLAS E. WEDGE, CLERK, U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF OKLAHOMA, BY: ___ DEPUTY]